NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK ROBERT QUIROZ, | ) | No. C 05-2938 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION |
| | ) | TO PROCEED IN FORMA |
| vs. | ) | PAUPERIS AS MOOT; |
| | ) | DENYING MOTIONS FOR |
| | ) | EXTENSION OF TIME TO |
| JEANNE WOODFORD, et. al., | ) | SERVE THE DEFENDANTS |
| | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket Nos. 4, 6, 7) |

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has paid the $250.00 filing fee. Plaintiff filed a motion to proceed in forma pauperis and two motions for an extension of time to serve the Defendants. Plaintiff also filed an amended complaint. Plaintiff's motion to proceed in forma pauperis (docket no. 4) is DENIED as moot because Plaintiff has paid the full amount of the filing fee. Because the Court has yet to review the amended complaint, Plaintiff's motions for extension of time to serve the Defendants (docket nos. 6, 7) are DENIED without prejudice. The Court will review the amended complaint pursuant to 28 U.S.C. 1915A and, if appropriate, order service of the amended complaint in a

1 separate written order. The Clerk shall terminate all pending motions (docket nos. 4, 6,
2 7).
3      IT IS SO ORDERED.
4 DATED: 3/22/06

          JEREMY FOGEL
5           United States District Judge

Order Denying Motion to Proceed in Forma Pauperis as Moot; Denying Motions for Extension of Time to Serve the Defendants Without Prejudice
P:\pro-se\sj.jf\cr.05\Quiroz938misc

1  This is to certify that a copy of this ruling was mailed to the following:

Mark Robert Quiroz
C-50887
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532-7500

Order Denying Motion to Proceed in Forma Pauperis as Moot; Denying Motions for Extension of Time to Serve the Defendants Without Prejudice
P:\pro-se\sj.jf\cr.05\Quiroz938misc