1
2
3
4
5
6
7
8                          NOT FOR CITATION

9          IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  MARK ROBERT QUIROZ,                    No. C 05-2938 JF (PR)

13              Plaintiff,                 ORDER GRANTING MOTION FOR
                                           EXTENSION OF TIME TO FILE
14       v.                                OPPOSITION; ADDRESSING PENDING
                                           MOTIONS
15  JEANNE WOODFORD, et al.,

16              Defendants.                (Docket Nos. 16, 17, 36 & 38)
    _____/

17

18          Plaintiff has filed ex-parte motion for an extension of time to file his opposition to

19  Defendants' motion to dismiss.  Good cause appearing, Plaintiff's ex-parte motion for an

20  extension of time (docket no. 38) is GRANTED.  Plaintiff shall file his opposition no later

21  than **July 10, 2008**.  Defendants <u>shall</u> file a reply brief no later than **fifteen (15) days** after

22  Plaintiff's opposition has been filed.

23          Plaintiff's motion for appointment of counsel (docket no. 16) is denied without

24  prejudice for lack of exceptional circumstances.  <u>See</u> <u>Rand v. Rowland</u>, 113 F.3d 1520, 1525

25  (9th Cir. 1997);  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wilborn v.</u>

26  <u>Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986).

27          Plaintiff filed a motion (docket no. 17) requesting the Court to issue an order directing

28  the Attorney General to locate outstanding defendants Millionan and Dr. Astorga so the U.S.

    Marshal can complete service.  For Defendant Millionan, the notation in the Remarks section

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1  of the unexecuted summons says: "The subject is not known at the facility." (Docket No.

2  13.) For Defendant Astorga, the notation in the Remarks section of the unexecuted summons

3  says: "Subject has retired from the facility with no forwarding address." (Docket No. 12.) It

4  is Plaintiff's responsibility to provide accurate addresses for Defendants so they can be

5  served by the United States Marshal. Defendants Millionan and Astorga are not where

6  Plaintiff said they are as Millionan is not known at the facility and Astorga appears to have

7  retired and is no longer employed by the California Department of Correction. As such, it is

8  not incumbent upon the Attorney General's Office to locate these Defendants and provide

9  Plaintiff with their addresses. Accordingly, the Court will not order the Attorney General's

10  Office to provide further information regarding the whereabouts of Defendant Astorga.

11  Plaintiff's motion (docket no. 36) requesting the Court to issue an order directing the

12  Attorney General to locate outstanding defendants is DENIED.

13       If Plaintiff can locate Defendants Millionan and Astorga, the Court again will order

14  the marshal's office to serve them. Failure to locate them may result in their dismissal

15  without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

16       Defendant's motion for a stay of discovery (docket no. 36) is GRANTED because it is

17  well-settled that a stay of discovery should be granted until the threshold question of

18  qualified immunity is settled. See Crawford-El. V. Britton, 523 U.S. 574, 598 (1998).

19       IT IS SO ORDERED.

20  DATED: _____6/2/08_____

JEREMY FOGEL
United States District Judge

21

22

23

24

25

26

27

28

Order Granting Extension of time to File Opposition; Other Motions
P:\PRO-SE\SJ.JF\CR.05\Quiroz2938.eot-oppo&motions.wpd