IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. HOREL, et al.,<br><br>Defendants. | C 05-2938 JF (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

Defendants filed a request for extension of time of seventeen (17) days, up to and including August 11, 2008, in which to file a reply to Plaintiff's opposition to Defendants' motion to dismiss.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file a reply to Plaintiff's opposition to Defendants' motion to dismiss is extended for seventeen (17) days, up to and including August 11, 2008.

Dated:  7/18/08

_____
The Honorable Jeremy Fogel