**E-filed 8/8/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT A. HOREL, et al.,<br><br>　　　　　　　　　　　　Defendants. | C 05-2938 JF (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND PAGE LIMIT |

　　　Defendants have requested to extend the page limit for their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss.

　　　Good cause appearing, it is HEREBY ORDERED that Defendants may file a Memorandum of Points and Authorities in support of their reply not to exceed twenty pages.

　　　IT IS SO ORDERED.

Dated: 8/8/08

Hon. Jeremy Fogel
United States District Judge

[Proposed] Order Granting Defs.' Ex Parte Req. Extend Page Length

*Quiroz v. Horel, et al.,*
C 05-2938 JF (PR)

1